ROBERT J. TAYLOR, COMPLAINANT, v. PHOX BUS COMPA-
NY, ET AL., DEFENDANTS–RESPONDENTS, GEORGINA
FOX, ET AL., DEFENDANTS–APPELLANTS.

Argued January 31, 1949—Decided February 14, 1949.

*Mr. Walter E. Cooper* argued the cause for the defendants-
appellants.

No appearance for the defendants-respondents.

PER CURIAM. There was no proof in the court below to jus-
tify the allowances to counsel which are here appealed from.
In this court no brief was filed on behalf of the respondents
and no oral argument. Therefore, the only basis on which
these allowances can be made is to the extent of the admissions
in the brief of the appellants, which are: to Edward M. Salley
$600, to Paul J. Duffy $400, to George P. Byrnes $1,000, to
John G. Flanigan $1,000. As to the allowance to the accountant,

Benjamin Buren, we are of opinion that a proper amount would be $500.

Judgment will be entered accordingly.

*For modification:* Chief Justice VANDERBILT, and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*Opposed:* None.